NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMETRIUS WALKER,                    )
                                     )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-4316
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T.
Corvo, Judge.

Demetrius Walker, pro se.


PER CURIAM.

        Affirmed.  See § 775.087(1)(a), Fla. Stat. (2001); Knight v. State, 808 So.

2d 210 (Fla. 2002); Tucker v. State, 726 So. 2d 768 (Fla. 1999); Strickland v. State, 437

So. 2d 150 (Fla. 1983).


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.